# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-60036    Chamber of Commerce v. FCC
Agency No. 22-69

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Ms. Sarah Citrin
Ms. P. Michele Ellison
Mr. Merrick Garland, U.S. Attorney General
Mr. Jacob Matthew Lewis
Ms. Morgan L. Ratner
Mr. William Scher
Mr. Jeffrey B. Wall