IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, TEXAS
ASSOCIATION OF BUSINESS, and
LONGVIEW CHAMBER OF COMMERCE,

      *Petitioners*,

v.

FEDERAL COMMUNICATIONS
COMMISSION and UNITED STATES OF
AMERICA,

      *Respondents*.

Case No. 24-60036

**STATUS REPORT**

Pursuant to a request from the Clerk's Office, petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce respectfully submit this status report.

1. On January 22, 2024, petitioners filed in this Court a protective petition for review of the Final Order of the Federal Communications Commission captioned *In the Matter of Implementing the Infrastructure Investment and Jobs Act: Prevention and Elimination of Digital Discrimination*, Report and Order, GN Docket No. 22-69, FCC 23-100. Petitioners acknowledged that their petition was premature under the

1

Commission's interpretation of the governing jurisdictional statute, which turns on the date of Federal Register publication. Petitioners nevertheless filed this petition before Federal Register publication, but within 60 days of the Order's public release, "out of an abundance of caution." Dkt. No. 1 at 3.

2. After Federal Register publication, petitioners filed a second, substantively identical petition for review in this Court (No. 24-60048), consistent with FCC regulations. *See Chamber of Commerce* v. *FCC*, No. 24-60048 (5th Cir. Feb. 12, 2024), Dkt. No. 1.

3. A number of other parties also filed post-publication petitions for review of the Final Order in other federal courts of appeals. The U.S. Judicial Panel on Multidistrict Litigation held a multicircuit lottery under 28 U.S.C. § 2112(a)(3), and randomly selected the U.S. Court of Appeals for the Eighth Circuit to hear the consolidated challenges to the Final Order. Petitioners' petition in No. 24-60048 was transferred to the Eighth Circuit and remains pending there.

4. On March 27, 2024, petitioners filed an unopposed motion to stay further proceedings in this case, pending the Eighth Circuit's resolution of the consolidated challenges to the Order. Dkt. No. 17. On April 11, 2024, this Court granted petitioners' motion. Dkt. No. 26.

2

5.      On April 2, 2024, the Eighth Circuit entered a briefing schedule in the consolidated cases. Petitioners' opening briefs were filed on April 22, 2024. Respondents' brief was filed on June 21, 2024. Petitioners' reply briefs were filed on July 26, 2024.

6.      On September 25, 2024, oral argument was heard by an Eighth Circuit panel consisting of Judge Loken, Judge Benton, and Judge Grasz.

7.      Since petitioners' last status report on July 11, 2025, there have been no new developments.

|  |  |
|---|---|
| | Respectfully submitted, |
| | /s/ Jeffrey B. Wall |
| JENNIFER B. DICKEY<br>KEVIN R. PALMER<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street NW<br>Washington, DC 20062<br>(202) 463-5337 | JEFFREY B. WALL<br>MORGAN L. RATNER<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue NW<br>Washington, DC 20006<br>(202) 956-7500<br>wallj@sullcrom.com<br><br>*Counsel for Petitioners* |

AUGUST 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of August, 2025, I electronically filed the foregoing Status Report with the Clerk of Court using the CM/ECF system. I certify that service will be accomplished by the CM/ECF system for all participants in this case who are registered CM/ECF users.

s/ Jeffrey B. Wall<br>
JEFFREY B. WALL

AUGUST 11, 2025