# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce | Case No. 24-60036 |
| *Petitioners*, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| Federal Communications Commission and United States of America, | |
| *Respondents*. | |

**PLEASE TAKE NOTICE** that the address and contact information of Morgan L. Ratner, counsel for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce, have changed to the following:

Morgan L. Ratner
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
Telephone: (202) 955-8529
MRatner@gibsondunn.com

Dated:  May 1, 2026

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

*/s/ Morgan L. Ratner*
Morgan L. Ratner
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
Telephone: (202) 955-8529
MRatner@gibsondunn.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, the foregoing **Notice of Change of Address** was filed electronically with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the Court's CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Morgan L. Ratner*
Morgan L. Ratner