**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

CHAMBER OF COMMERCE OF THE UNITED
STATES OF AMERICA, TEXAS ASSOCIATION OF
BUSINESS, and LONGVIEW CHAMBER OF
COMMERCE,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA,

*Respondents*.

Case No. 24-60036

## Joint Stipulation to Dismiss Petition

Pursuant to Federal Rules of Appellate Procedure 20 and 42(b)(1), and

Local Rule 42.1, the parties hereby stipulate to dismiss this petition, with each

party to bear its own costs.

MAY 11, 2026

/s/ William Scher
William Scher
Jacob Matthew Lewis
Federal Communications Commission
Office of General Counsel
45 L Street, NE
Washington, DC 20554
(202) 418-7399
william.scher@fcc.gov

*Counsel for the Federal Communications Commission*

/s/ Robert Nicholson
Robert Nicholson
Robert Wiggers
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-2489
robert.nicholson@usdoj.gov

*Counsel for the United States*

Respectfully submitted,

/s/ Jeffrey B. Wall
Jeffrey B. Wall
Morgan L. Ratner
GIBSON, DUNN & CRUTCHER, LLP
1700 M Street NW
Washington, DC 20036
(202) 955-8533
jwall@gibsondunn.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11 day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I certify that service will be accomplished by the CM/ECF system for all participants in this case who are registered CM/ECF users.

s/ *Jeffrey B. Wall*
Jeffrey B. Wall

MAY 11, 2026